UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CV-14237-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

v.

AUNT D'S KITCHEN, INC. d/b/a AUNT D'S KITCHEN

                                         /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, AUNT D'S KITCHEN, INC. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

Dated: July 21, 2016

BY: /s/ Peter S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

BY: /s/ Peter S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527

2