UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-CV-14237-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

v.

AUNT D'S KITCHEN, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon the Notice of Voluntary Dismissal with Prejudice [DE 12] filed by Plaintiff. In light of Plaintiff's voluntary dismissal of this action, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 21st day of July, 2016.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record